Daniel J. Sherman
Chapter 7 Trustee
509 N. Montclair Avenue
Dallas, TX 75208
(214) 942-5502

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PRISM GRAPHICS, INC. | § | Case No. 08-31914 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL J. SHERMAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 251,168.67                     Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 186,292.36     Claims Discharged
                                                 Without Payment: 2,937,788.16

Total Expenses of Administration: 468,858.99

---

3) Total gross receipts of $ 655,151.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 655,151.35 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 45.55 | $ 45.55 | $ 45.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 468,858.99 | 468,858.99 | 468,858.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 188,975.93 | 188,975.93 | 6,914.70 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,348,747.24 | 1,592,075.06 | 1,592,075.06 | 179,332.11 |
| **TOTAL DISBURSEMENTS** | $ 1,348,747.24 | $ 2,249,955.53 | $ 2,249,955.53 | $ 655,151.35 |

4) This case was originally filed under chapter 11 on 04/25/2008 , and it was converted to chapter 7 on 06/24/2008 . The case was pending for 122 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/05/2018                    By:/s/DANIEL J. SHERMAN, TRUSTEE
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| JP MORGAN CHASE CHECKING ACCOUNT | 1129-000 | 5,107.69 |
| ADVERSARY PROCEEDING 10-3092 | 1241-000 | 635,000.00 |
| ADVERSARY PROCEEDING 10-3092 | 1249-000 | 15,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 3.29 |
| MISCELLANEOUS REFUNDS | 1290-000 | 40.37 |
| **TOTAL GROSS RECEIPTS** | | **$655,151.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | LEWISVILLE INDEPENDENT SCHOOL DISTR | 4800-000 | NA | 45.55 | 45.55 | 45.55 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 45.55 | $ 45.55 | $ 45.55 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:DANIEL J. SHERMAN, TRUSTEE | 2100-000 | NA | 36,007.57 | 36,007.57 | 36,007.57 |
| TRUSTEE EXPENSES:DANIEL J. SHERMAN, TRUSTEE | 2200-000 | NA | 1,746.84 | 1,746.84 | 1,746.84 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 1,310.00 | 1,310.00 | 1,310.00 |
| BANK OF AMERICA | 2600-000 | NA | 19.13 | 19.13 | 19.13 |
| PREFERRED BANK | 2600-000 | NA | 156.63 | 156.63 | 156.63 |
| UNION BANK | 2600-000 | NA | 6,699.46 | 6,699.46 | 6,699.46 |
| US TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):SHERMAN & YAQUINTO, L.L.P. | 3110-000 | NA | 37,065.00 | 37,065.00 | 37,065.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):SHERMAN & YAQUINTO, L.L.P. | 3120-000 | NA | 126.34 | 126.34 | 126.34 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):FRANKLIN HAYWARD LLP | 3210-000 | NA | 17,835.00 | 17,835.00 | 17,835.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):FRANKLIN SKIERSKI HAYWARD LLP | 3210-000 | NA | 267,426.00 | 267,426.00 | 267,426.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SKIERSKI JAIN PLLC | 3210-000 | NA | 11,620.00 | 11,620.00 | 11,620.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SKIERSKI LAW PLLC | 3210-000 | NA | 5,775.00 | 5,775.00 | 5,775.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):FRANKLIN HAYWARD LLP | 3220-000 | NA | 512.92 | 512.92 | 512.92 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):FRANKLIN SKIERSKI HAYWARD LLP | 3220-000 | NA | 9,443.08 | 9,443.08 | 9,443.08 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):SKIERSKI JAIN PLLC | 3220-000 | NA | 84.76 | 84.76 | 84.76 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):SKIERSKI LAW PLLC | 3220-000 | NA | 61.96 | 61.96 | 61.96 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):LAIN, FAULKNER & CO., P.C. | 3410-000 | NA | 72,054.50 | 72,054.50 | 72,054.50 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):LAIN, FAULKNER & CO., P.C. | 3420-000 | NA | 589.80 | 589.80 | 589.80 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 468,858.99 | $ 468,858.99 | $ 468,858.99 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dallas County Tax Office Records Building 500 Elm Street Dallas, TX 75202-3504 City of Irving 825 W. Irving Blvd. Irving, TX 75060 Irving ISD 2621 W. Airport Frwy. Irving, TX 75062-6020 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Special Procedures-Insolvency PO Box 21126 Philadelphia, PA 19114 | | 0.00 | NA | NA | 0.00 |
| 000006A | BRYAN NETSCH | 5300-000 | NA | 160,000.00 | 160,000.00 | 0.00 |
| 000005 | COMPTROLLER OF PUBLIC ACCOUNTS | 5800-000 | 0.00 | 6,914.70 | 6,914.70 | 6,914.70 |
| 000002B | INTERNAL REVENUE SERVICE | 5800-000 | NA | 22,061.23 | 22,061.23 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 188,975.93 | $ 188,975.93 | $ 6,914.70 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Giddy Up, LLC 3630 Plaza Dr., Suite 6 Ann Arbor, MI 48108 Giddy Up, LLC Attn: Andrew R. Korn, Esq. 4221 Avondale Ave. Dallas, TX 75219 Giddy Up, LLC Attn: Andrew G. DiNovo, Esq. DiNovo Price Ellwanger LLP PO Box 201690 Austin, TX 78720 Giddy Up, LLC | | 1,186,572.38 | NA | NA | 0.00 |
| | Performance Printing LP 2929 Stemmons Freeway Dallas, TX 75247 | | 155,000.00 | NA | NA | 0.00 |
| | Schreimann & Associates, P.C. c/o Dan Schreimann 909 Lake Carolyn Parkway, Suite 150 Irving, TX 75039 | | 184.50 | NA | NA | 0.00 |
| 000001 | ELMER'S PRODUCTS, INC. | 7100-000 | NA | 1,188,109.07 | 1,188,109.07 | 179,332.11 |
| 000007 | INTENSE PRINTING, INC. | 7100-000 | 6,990.36 | 400,000.00 | 400,000.00 | 0.00 |
| 000002A | INTERNAL REVENUE SERVICE | 7100-000 | NA | 3,965.99 | 3,965.99 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,348,747.24 | $ 1,592,075.06 | $ 1,592,075.06 | $ 179,332.11 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-31914 | HDH | Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | PRISM GRAPHICS, INC. | | | Date Filed (f) or Converted (c): | 06/24/08 (c) |
| | | | | 341(a) Meeting Date: | 07/21/08 |
| For Period Ending: | 07/05/18 | | | Claims Bar Date: | 10/20/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. JP MORGAN CHASE CHECKING ACCOUNT | 3,138.26 | 3,138.26 | | 5,107.69 | FA |
| *demand made 07/23/08 | | | | | |
| 2. REGI INVESTMENT, INC. 2212 FT WORTH DR, DALLAS, TX | 2,732.91 | 2,732.91 | | 0.00 | FA |
| 3. STATE FARM INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 4. ACCT. RECEIVABLE - MASTER GRILL STONE & GIDDY UP | 215,029.62 | 215,029.62 | | 0.00 | FA |
| * uncollectible - Giddy Up has million $$ judgment against debtor | | | | | |
| 5. OTHER LIQUIDATED DEBTS/SETTLEMENT AGREEMENT | 1,454.23 | 1,454.23 | | 0.00 | FA |
| compromise settlement agreement, dated 03/25/04 - Cause No. CC-04-01793-E, In the county Court at Law No. 5, Dallas County, Texas by Spencer Michlin, Serve Man, Inc., 3814 Herschel Ave., Dallas, TX  75219 | | | | | |
| * uncollectible | | | | | |
| 6. OTHER LIQUIDATED DEBTS/M. BAILEY SETTLEMENT | 25,000.00 | 25,000.00 | | 0.00 | FA |
| SETTLEMENT: M BAILEY 108 FOREST HILL , TROPHY CLUB, TX 76262 | | | | | |
| *uncollectible - no note or agreement. | | | | | |
| 7. OTHER CONTINGENT/UNLIQUIDATED CLAIMS | 4,176.00 | 4,176.00 | | 0.00 | FA |
| ADP FINANCIAL SERVICES DIVISION, 2735 STEMMONS FREEWAY, DALLAS, TX  75207 | | | | | |
| *uncollectible | | | | | |
| 8. OFFICE EQUIP. | 2,775.91 | 2,775.91 | | 0.00 | FA |
| * worthless equipment | | | | | |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.29 | FA |
| 10. MISCELLANEOUS REFUNDS (u) | 0.00 | 10.38 | | 40.37 | FA |

Case 08-31914-hdh7    Doc 145    Filed 07/27/18    Entered 07/27/18 12:56:47    Desc Main
Document    Page 10 of 20

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

Case No:        08-31914    HDH    Judge: HARLIN D. HALE                    Trustee Name:              DANIEL J. SHERMAN, TRUSTEE
Case Name:      PRISM GRAPHICS, INC.                                        Date Filed (f) or Converted (c):    06/24/08 (c)
                                                                            341(a) Meeting Date:       07/21/08
                                                                            Claims Bar Date:           10/20/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. ADVERSARY PROCEEDING 10-3092 (u) *preference & fraudulent transfers - DJS vs. Bryan netsch, David Bunnell, Nicholas Netsch, Lucas Netsch, Marcus netsch, Thomas Netsch, Daniel Schreimann, P.C., Netsch Limited Partnership and Intense Printing, Inc. | 0.00 | 30,000.00 | | 650,000.00 | FA |

TOTALS (Excluding Unknown Values)            $254,306.93        $284,317.31                    $655,151.35        Gross Value of Remaining Assets
                                                                                                                  $0.00
                                                                                                                  (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR TO UST ON 10/13/2017.  SECOND AMENDED TFR SENT TO UST ON 03/02/2018.

Initial Projected Date of Final Report (TFR): 02/01/10        Current Projected Date of Final Report (TFR): 09/01/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-31914 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PRISM GRAPHICS, INC. | Bank Name: | PREFERRED BANK |
|  |  | Account Number / CD #: | *******7109 Checking - Non Interest |
| Taxpayer ID No: | *******5620 |  |  |
| For Period Ending: | 07/05/18 | Blanket Bond (per case limit): |  |
|  |  | Separate Bond (if applicable): | $ 655,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/27/12 |  | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 5,102.23 |  | 5,102.23 |
| 07/19/12 | 11 | Dave Bunnell | Settlement Payment | 1241-000 | 25,000.00 |  | 30,102.23 |
| 12/27/12 | 10 | Coserv Electric | capital credit refund | 1290-000 | 15.69 |  | 30,117.92 |
| 12/27/12 | 10 | CoServ Electric P.O. Box 1810 Lake Dallas, Tx 75065-1810 | capital credit refund | 1290-000 | 14.30 |  | 30,132.22 |
| 02/12/13 |  | PREFERRED BANK | BANK SERVICE FEE Monthly bank service fee | 2600-000 |  | 31.39 | 30,100.83 |
| 03/01/13 |  | Preferred Bank | BANK SERVICE FEE | 2600-000 |  | 31.37 | 30,069.46 |
| 04/01/13 |  | PREFERRED BANK | BANK SERVICE FEE | 2600-000 |  | 31.32 | 30,038.14 |
| 05/01/13 |  | PREFERRED BANK | BANK SERVICE FEE | 2600-000 |  | 31.29 | 30,006.85 |
| 06/03/13 |  | PREFERRED BANK | BANK SERVICE FEE | 2600-000 |  | 31.26 | 29,975.59 |
| 06/13/13 |  | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 |  | 29,975.59 | 0.00 |

|  | COLUMN TOTALS | 30,132.22 | 30,132.22 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 5,102.23 | 29,975.59 |  |
|  | Subtotal | 25,029.99 | 156.63 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | Net | 25,029.99 | 156.63 |  |

Page Subtotals 30,132.22 30,132.22

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-31914 -HDH | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PRISM GRAPHICS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******1616  Checking - Non Interest |
| Taxpayer ID No: | *******5620 | | | |
| For Period Ending: | 07/05/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $  655,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/13 | | Trsf In From PREFERRED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 29,975.59 | | 29,975.59 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.87 | 29,949.72 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.54 | 29,905.18 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.50 | 29,860.68 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 43.00 | 29,817.68 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.37 | 29,773.31 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 42.87 | 29,730.44 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.24 | 29,686.20 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.18 | 29,642.02 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 39.84 | 29,602.18 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.04 | 29,558.14 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 42.57 | 29,515.57 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 43.92 | 29,471.65 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 42.44 | 29,429.21 |
| 07/30/14 | 11 | Schreimann & Associates, P.C. | settlement | 1249-000 | 5,000.00 | | 34,429.21 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.03 | 34,385.18 |
| 09/08/14 | 11 | Schreimann & Associates, PC | Adversary Settlement | 1249-000 | 5,000.00 | | 39,385.18 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 51.16 | 39,334.02 |
| 10/21/14 | 11 | Schreimann & Associates, PC | adversary settlement | 1249-000 | 5,000.00 | | 44,334.02 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 54.72 | 44,279.30 |
| 11/12/14 | 11 | Daniel W. Schreimann, P.C. | Adversary settlement payment | 1241-000 | 5,000.00 | | 49,279.30 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 60.85 | 49,218.45 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 67.75 | 49,150.70 |
| 01/02/15 | 11 | Daniel W. Schreimann, PC | adversary settlement | 1241-000 | 5,000.00 | | 54,150.70 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 73.13 | 54,077.57 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 79.50 | 53,998.07 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 72.58 | 53,925.49 |

Page Subtotals        54,975.59        1,050.10

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-31914 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PRISM GRAPHICS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1616  Checking - Non Interest |
| Taxpayer ID No: | *******5620 | | |
| For Period Ending: | 07/05/18 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $   655,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 80.23 | 53,845.26 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.55 | 53,767.71 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 80.01 | 53,687.70 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.31 | 53,610.39 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 79.78 | 53,530.61 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 79.65 | 53,450.96 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 76.97 | 53,373.99 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 79.42 | 53,294.57 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 76.75 | 53,217.82 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 79.20 | 53,138.62 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 78.85 | 53,059.77 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 73.66 | 52,986.11 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 78.62 | 52,907.49 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 75.98 | 52,831.51 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 78.40 | 52,753.11 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 75.77 | 52,677.34 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 78.17 | 52,599.17 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 78.05 | 52,521.12 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 75.43 | 52,445.69 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.82 | 52,367.87 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 75.21 | 52,292.66 |
| 01/11/17 | 11 | Suretec Insurance Company | adversary settlement | 1241-000 | 600,000.00 | | 652,292.66 |
| 01/12/17 | 100001 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA  70139 | NEW BOND #016073574 JAN 11 2017 THROUGH JAN 11 2018 | 2300-000 | | 1,310.00 | 650,982.66 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.60 | 650,905.06 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 652.16 | 650,252.90 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 873.75 | 649,379.15 |

Page Subtotals         600,000.00         4,546.34

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-31914 -HDH |
| Case Name: | PRISM GRAPHICS, INC. |
| Taxpayer ID No: | *******5620 |
| For Period Ending: | 07/05/18 |

| | |
|---|---|
| Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1616  Checking - Non Interest |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 655,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 966.26 | 648,412.89 |
| 04/28/17 | 100002 | FRANKLIN SKIERSKI HAYWARD LLP<br>10501 N. CENTRAL EXPWY., SUITE 106<br>DALLAS, TX  75231 | SPECIAL LITIGATION COUNSEL FOR TR FEES PAID PER ORDER ENTERED 10/17/2014<br>(DOCKET #82) | 3210-000 | | 267,426.00 | 380,986.89 |
| 04/28/17 | 100003 | FRANKLIN SKIERSKI HAYWARD LLP<br>10501 N. CENTRAL EXPWY., SUITE 106<br>DALLAS, TX  75231 | SPECIAL LITIGATION COUNSEL TO TR EXPENSES PAID PER ORDER ENTERED 10/17/2014<br>(DOCKET #82) | 3220-000 | | 9,443.08 | 371,543.81 |
| 04/28/17 | 100004 | FRANKLIN HAYWARD LLP<br>10501 N. CENTRAL EXPWY., SUITE 106<br>DALLAS, TX  75231 | SPECIAL LITIGATION COUNSEL TO TR FEES PAID PER ORDER ENTERED 04/18/2017<br>(DOCKET #118) | 3210-000 | | 17,835.00 | 353,708.81 |
| 04/28/17 | 100005 | FRANKLIN HAYWARD LLP<br>10501 N. CENTRAL EXPWY., SUITE 106<br>DALLAS, TX  75231 | SPECIAL LITIGATION COUNSEL TO TR EXPENSES PAID PER ORDER ENTERED 04/18/2017<br>(DOCKET #118) | 3220-000 | | 512.92 | 353,195.89 |
| 04/28/17 | 100006 | SKIERSKI LAW PLLC<br>10501 N. CENTRAL EXPWY., SUITE 106<br>DALLAS, TX  752321 | ATTORNEY FOR TRUSTEE FEES PAID PER ORDER ENTERED 04/26/2017 | 3210-000 | | 5,775.00 | 347,420.89 |
| 04/28/17 | 100007 | SKIERSKI LAW PLLC<br>10501 N. CENTRAL EXPWY., SUITE 106<br>DALLAS, TX  752321 | ATTORNEY FOR TRUSTEE EXPENSES PAID PER ORDER ENTERED 04/26/2017 | 3220-000 | | 61.96 | 347,358.93 |
| 04/28/17 | 100008 | SKIERSKI JAIN PLLC<br>2600 EAST SOUTHLAKE BLVD., SUITE 120296<br>SOUTHLAKE, TX  76092 | ATTORNEY FOR TRUSTEE FEES PAID PER ORDER ENTERED 04/26/2017 | 3210-000 | | 11,620.00 | 335,738.93 |
| 04/28/17 | 100009 | SKIERSKI JAIN PLLC<br>2600 EAST SOUTHLAKE BLVD., SUITE 120296<br>SOUTHLAKE, TX  76092 | ATTORNEY FOR TRUSTEE EXPENSES PAID PER ORDER ENTERED 04/26/2017 | 3220-000 | | 84.76 | 335,654.17 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 933.76 | 334,720.41 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 513.00 | 334,207.41 |
| * 08/10/17 | 100010 | LAIN, FAULKNER & CO., P.C. | ACCOUNTANT FOR TRUSTEE FEES | 3410-004 | | 72,054.50 | 262,152.91 |
| | | | Page Subtotals | | 0.00 | 387,226.24 | |

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 08-31914 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PRISM GRAPHICS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1616  Checking - Non Interest |
| Taxpayer ID No: | *******5620 | | |
| For Period Ending: | 07/05/18 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $   655,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| * 08/10/17 | 100011 | LAIN, FAULKNER & CO., P.C.<br>400 N. ST. PAUL STREET<br>SUITE 600<br>DALLAS, TX  75201 | ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-004 | | 589.80 | 261,563.11 |
| * 08/23/17 | 100010 | LAIN, FAULKNER & CO., P.C.<br>400 N. ST. PAUL STREET<br>SUITE 600<br>DALLAS, TX  75201 | Stop Payment Reversal<br>SA | 3410-004 | | -72,054.50 | 333,617.61 |
| * 08/23/17 | 100011 | LAIN, FAULKNER & CO., P.C.<br>400 N. ST. PAUL STREET<br>SUITE 600<br>DALLAS, TX  75201 | Stop Payment Reversal<br>SA | 3420-004 | | -589.80 | 334,207.41 |
| 08/23/17 | 100012 | LAIN, FAULKNER & CO., P.C.<br>400 N. ST. PAUL STREET<br>SUITE 600<br>DALLAS, TX  75201 | ACCOUNTANT FOR TRUSTEE FEES<br>REISSUE ORIGINAL CHECK #100010 | 3410-000 | | 72,054.50 | 262,152.91 |
| 08/23/17 | 100013 | LAIN, FAULKNER & CO., P.C.<br>400 N. ST. PAUL STREET<br>SUITE 600<br>DALLAS, TX  75201 | ACCOUNTANT FOR TRUSTEE EXPENSES<br>REISSUE ORIGINAL CHECK NO. 100011 | 3420-000 | | 589.80 | 261,563.11 |
| 12/14/17 | 100014 | DANIEL J. SHERMAN, TRUSTEE<br>509 NORTH MONTCLAIR AVENUE<br>DALLAS, TX  75208 | Chapter 7 Compensation/Fees | 2100-000 | | 36,007.57 | 225,555.54 |
| 12/14/17 | 100015 | DANIEL J. SHERMAN, TRUSTEE<br>509 NORTH MONTCLAIR AVENUE<br>DALLAS, TX  75208 | Chapter 7 Expenses | 2200-000 | | 1,746.84 | 223,808.70 |
| 12/14/17 | 100016 | US Trustee | Claim 000003, Payment 100.00000% | 2950-000 | | 325.00 | 223,483.70 |
| | | | Page Subtotals | | 0.00 | 38,669.21 | |

Ver: 20.00j

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6
Exhibit 9

| Case No: | 08-31914 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PRISM GRAPHICS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1616 Checking - Non Interest |
| Taxpayer ID No: | *******5620 | | |
| For Period Ending: | 07/05/18 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 655,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1100 Commerce St. Room 976 Dallas, TX 75242 | (3-1) US TRUSTEE QUARTERLY FEES | | | | |
| 12/14/17 | 100017 | SHERMAN & YAQUINTO, L.L.P. 509 N. MONTCLAIR AVENUE DALLAS, TX  75208 | Claim ATTNY EXPS, Payment 100.00000% ATTORNEY FOR TRUSTEE EXPENSES | 3120-000 | | 126.34 | 223,357.36 |
| 12/14/17 | 100018 | SHERMAN & YAQUINTO, L.L.P. 509 N. MONTCLAIR AVENUE DALLAS, TX  75208 | Claim ATTNY FEES, Payment 100.00000% ATTORNEY FOR TRUSTEE FEES | 3110-000 | | 37,065.00 | 186,292.36 |
| 12/14/17 | 100019 | Lewisville Independent School District CO Andrea Sheehan 4411 N Central Expwy Dallas, Texas 75205 | Claim 000004, Payment 100.00000% (4-1) 2008 estimated business personal property taxes(4-2) 2008 Personal Property Tax | 4800-000 | | 45.55 | 186,246.81 |
| * 12/14/17 | 100020 | Internal Revenue Service Special Procedures-Insolvency P. O. Box 21126 Philadelphia, PA 19114 | Claim 000002B, Payment 100.00000% | 5800-003 | | 22,061.23 | 164,185.58 |
| 12/14/17 | 100021 | Comptroller of Public Accounts c/o Office of the Attorney General Bankruptcy - Collections Division PO Box 12548 Austin TX 78711-2548 512-463-4510 | Claim 000005, Payment 100.00000% (5-1) Franchise Tax Ch 171 | 5800-000 | | 6,914.70 | 157,270.88 |
| * 12/14/17 | 100022 | Giddy Up 3630 Plaza Dr. Suite No. 6 Ann Arbor, MI 48108 | Claim 000001, Payment 13.19304% (1-1) Final Judgment April 9, 2008 | 7100-004 | | 156,747.65 | 523.23 |
| * 12/14/17 | 100023 | Internal Revenue Service Special Procedures-Insolvency P. O. Box 21126 Philadelphia, PA 19114 | Claim 000002A, Payment 13.19292% | 7100-003 | | 523.23 | 0.00 |
| | | | Page Subtotals | | 0.00 | 223,483.70 | |

Ver: 20.00j

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 08-31914 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PRISM GRAPHICS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1616  Checking - Non Interest |
| Taxpayer ID No: | *******5620 | | |
| For Period Ending: | 07/05/18 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 655,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/02/18 | 100020 | Internal Revenue Service<br>Special Procedures-Insolvency<br>P. O. Box 21126<br>Philadelphia, PA 19114 | Claim 000002B, Payment 100.00000%<br>claim not due to IRS.  Claim withdrawn by IRS on 03/02/2018. | 5800-003 | | -22,061.23 | 22,061.23 |
| * 03/02/18 | 100023 | Internal Revenue Service<br>Special Procedures-Insolvency<br>P. O. Box 21126<br>Philadelphia, PA 19114 | Claim 000002A, Payment 13.19292%<br>claim not due to IRS.  Claim withdrawn by IRS on 03/02/2018. | 7100-003 | | -523.23 | 22,584.46 |
| * 03/05/18 | 100022 | Giddy Up<br>3630 Plaza Dr. Suite No. 6<br>Ann Arbor, MI 48108 | Stop Payment Reversal<br>SA | 7100-004 | | -156,747.65 | 179,332.11 |
| 04/12/18 | 100024 | Elmer's Products, Inc.<br>c/o Troy Brinkmeier<br>29 East Stephenson St.<br>Freeport, IL  61032 | Claim 000001, Payment 13.19304%<br>(1-1) Final Judgment April 9, 2008<br>REISSUE ORIGINAL CHECK PAYABLE TO GIDDY UP<br>CLAIM AMENDED 03/29/2018 | 7100-000 | | 179,332.11 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 654,975.59 | 654,975.59 |
| Less:  Bank Transfers/CD's | 29,975.59 | 0.00 |
| Subtotal | 625,000.00 | 654,975.59 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 625,000.00 | 654,975.59 |

Page Subtotals        0.00        0.00

Ver: 20.00j

LFORM24

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-31914 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PRISM GRAPHICS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******8226 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5620 | | |
| For Period Ending: | 07/05/18 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 655,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/01/09 | 1 | Chase Bank | FUNDS ON ACCT AT JPMORGAN CHASE BNK | 1129-000 | 5,107.69 | | 5,107.69 |
| 04/30/09 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.10 | | 5,107.79 |
| 05/29/09 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,107.91 |
| 06/30/09 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,108.04 |
| 07/31/09 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,108.17 |
| 08/31/09 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,108.30 |
| 09/30/09 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,108.43 |
| 10/30/09 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,108.56 |
| 11/30/09 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,108.69 |
| 12/16/09 | 10 | CoServ Electric | capital credit refund | 1290-000 | 10.38 | | 5,119.07 |
| 12/31/09 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,119.20 |
| 01/29/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,119.32 |
| 02/26/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,119.44 |
| 03/31/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,119.58 |
| 04/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,119.71 |
| 05/28/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,119.84 |
| 06/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,119.97 |
| 07/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,120.10 |
| 08/31/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,120.23 |
| 09/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,120.36 |
| 10/29/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,120.48 |
| 11/30/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,120.61 |
| 12/31/10 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,120.74 |
| 01/31/11 | 9 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,120.87 |
| 02/28/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,120.91 |
| 03/31/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,120.95 |
| 04/29/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,120.99 |

Page Subtotals  5,120.99  0.00

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

Exhibit 9

| Case No: | 08-31914 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PRISM GRAPHICS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******8226  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5620 | | |
| For Period Ending: | 07/05/18 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $  655,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/31/11 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,121.03 |
| 06/30/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,121.07 |
| 07/29/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,121.11 |
| 08/31/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,121.16 |
| 09/30/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,121.20 |
| 10/31/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,121.24 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.52 | 5,114.72 |
| 11/30/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,114.76 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.31 | 5,108.45 |
| 12/30/11 | 9 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,108.49 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.30 | 5,102.19 |
| 01/27/12 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,102.23 |
| 01/27/12 | | Trsf To PREFERRED BANK | FINAL TRANSFER | 9999-000 | | 5,102.23 | 0.00 |

|  | COLUMN TOTALS | 5,121.36 | 5,121.36 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 5,102.23 | |
|  | Subtotal | 5,121.36 | 19.13 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 5,121.36 | 19.13 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********7109 | 25,029.99 | 156.63 | 0.00 |
| Checking - Non Interest - ********1616 | 625,000.00 | 654,975.59 | 0.00 |
| Money Market Account (Interest Earn - ********8226 | 5,121.36 | 19.13 | 0.00 |
| | 655,151.35 | 655,151.35 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals　　0.37　　5,121.36

Ver: 20.00j

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10

Exhibit 9

| Case No: | 08-31914 -HDH | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PRISM GRAPHICS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******8226  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5620 | | |
| For Period Ending: | 07/05/18 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 655,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking - Non Interest - ********7109 | | | | |
| | | | Checking - Non Interest - ********1616 | | | | |
| | | | Money Market Account (Interest Earn - ********8226 | | | | |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*